■ In the Matter of WILLIAM R. PHILLIPS, Petitioner, v NORMAN B. FITZER, et al., Respondents.—Application for an order pursuant to CPLR article 78 unanimously denied and the petition dismissed, without costs and without disbursements, and without prejudice to an application before Justice Fitzer for appropriate relief. No opinion. Concur—Kupferman, J. P., Fein, Sullivan, Bloom and Silverman, JJ.